THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANICE DUNN | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-00093-SDJ-BD |
| | § | |
| PLANO HOUSING AUTHORITY, ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 21, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #154), that Defendants' Motions to Dismiss, (Dkts. #62, 123), be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Motions to Dismiss, (Dkt. #62, 123), are **GRANTED**, and Plaintiff's claims against Defendants Plano Housing Authority, Dave Young; Christina Lewis, Amy Frisk, and Anthony Landecker are **DISMISSED WITHOUT PREJUDICE**. Notwithstanding the stay on new filings, (Dkt. #137), Plaintiff may file an amended complaint within fourteen days. If Plaintiff fails to file

an amended complaint within that time, the claims addressed in the Report will be dismissed with prejudice.

**So ORDERED and SIGNED this 8th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE