UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANICE DUNN | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-93-SDJ |
| | § | |
| PLANO HOUSING AUTHORITY, ET AL. | § | |
| | § | |

**MEMORANDUM ADOPTING IN PART AND MODIFYING IN PART RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On November 2, 2026, the Magistrate Judge entered a proposed findings of fact and a recommendation (the "Report"), (Dkt. #168), that Plaintiff Janice Dunn's Motion for Leave to Proceed In Forma Pauperis, (Dkt. #166), be denied. Plaintiff did not object.

Having received the Report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are largely correct. The Court does, however, modify and expand on the Report's findings and conclusions. Except as otherwise noted below, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

The Report recommended Plaintiff's motion be denied because her motion did not attach a Form 4, detailing Plaintiff's inability to pay or to give security for fees and costs. (Dkt. #168 at 2). Plaintiff subsequently filed a Form 4 as a supplement to her motion. (Dkt. #169). Even if the Court were to accept Plaintiff's tardy filing of the

Form 4, her motion would still fail. As the Report notes, Federal Rule of Appellate Procedure 24(a)(1) requires Plaintiff to attach an affidavit that "claims an entitlement to redress" and "states the issues that the party intends to present on appeal." (Dkt. #168 at 2) (quoting FED. R. APP. P. 24(a)(1)). Plaintiff's motion and affidavit do neither. The Court therefore concludes that Plaintiff's motion should be denied.

It is therefore **ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis, (Dkt. #166), is **DENIED**.

**So ORDERED and SIGNED this 17th day of November, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE